(COURT USE ONLY)

RECEIPT NO. _____

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

Norman Chapin

v.

Forest River, Inc.; Jeff Couch Campers LLC

Cause No. 3:23-cv-450

**MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF**

Norman Chapin

Party(s) Represented

Prefix (check one): ✔ Mr.   ☐ Ms.   ☐ Mrs.

Last Name: Brennan   First Name: Robert   Middle Name/Initial: F.

Generation (Sr, Jr, etc): 

Firm Name: Law Offices of Robert F. Brennan APC

Street Address: 2103 Montrose Ave.   Suite/Room No.: Suite D

City: Montrose   State: Ca.   Zip: 91020

Office Telephone No.: (818) 249-5291   Fax No.: (818) 249-4329

E-Mail Address: rbrennan@brennanlaw.com

**EDUCATION:**

College: Princeton Univ.   Degree: B. A.   Year Completed: 1981

Law School: U.C. Davis School of Law, 1   Year Graduated: 1987

Other Post-Graduate Schooling:

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| California | 1987 | Active/Good Standing | 132449 |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| Central Dist. of Cal. | 1987 | Active |
| Northern Dist. of Cal. | 1989 | Active |
| Southern Dist. of Cal. | 1989 | Active |
| Eastern Dist. of Cal. | 2009 | Active |
| U.S. Supreme Court | 1991 | Active |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?  ☐ Yes (If yes, please attach an explanation)  ☑ No

Applicant: I, Robert F. Brennan, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: 7/5/23

_____
Signature of Applicant

Considered and approved.

SO ORDERED.

Dated:       07/07/2023                              s/Michael G. Gotsch, Sr.
                                                                 Magistrage    Judge, U. S. District Court